United States District Court for the First (1st) Circuit

Tyrone Hurt
(Lee: Haines v. Kerner, 1972)
317 Kentucky Ave. S.E.
#2, W.D.C. 20003
(202) 913-5499)

Civil Action No. ___

                 no
V.I. Constitution, (2008) (1995)
(Lee: Haines v. Kerner, 1972)

                 no
The American Heritage College
Dictionary
(N.B.: Re: common meaning to:
Republican party, 1. One of the
two primary political party-parties
of the United States, organized in 1854 to
oppose the extension of slavery.
2. The Democratic–Republican party.

Also: N.B.: Lee: common meaning to:
republican – 1, Relating to, or characteristic
of a republic. 2. Republican – A
member of the Republican party of the
United States – republicanism – to make
republican.

Independent - not governed by a foreign power; self-governing. Free from the influence, guidance or control of another or others, self reliance, an independent mind no so. 2. independent - one that is independent, especially a voter, office holder, or political candidate who is not committed to a political party. Independent city - A city, especially in Virginia, not administered by a county and thus, constituting a primary division of its state.

Moreover, please determine! The State of Virginia - to the year of 1619, in the State of Virginia, in a State of the United States of America.

2. The Plaintiff respectfully states that for this honorable (not to: Mai Lee: and the people to the U.S. (1608-) (1775-) (a), this Nation, has a written and adopted, in, approving, U.S. Constitution, (1608-) (1775-) for the American people, and for this Nation and for this Nation, alone, (a), this is not a dictatorial country, that hasn't have an magnitioned movement to the U.S. Constitution, (1608-) (1775-) in, is, the Republican Party - in being a Republic, is, quite, evident, by means, because the United States of America is a Nation, with a governing, U.S. Constitution, (1608-) (1775-). So the voice, it, is, to: Republican Party - (1854) and their opposition to slavery, whether in extension to slavery - so - called - "slavery", and enslavers, inhumanly, punishing, Black, peoples of color, - see: Thirteenth (13th) amendment Rights to the U.S. Constitution, (1608-) (1775-) and the Eighth (8th.)

Amendments Rights to the U.S. Constitution, (1608-) (1775-).

10, thus, the Republican Party and the Democratic Party, as members or otherwise, must be, also, bound and guided by the U.S. Constitution, (1608-) (1775-) which lead, to true democracy and human rights to humankind even, within this supposedly civilized nation — Executive Branch to government, Legislative Branch to government, Judicial Branch to government — to protect, to preserve, and to sustain, the U.S. Constitution, (1608-) (1775-).

11, anyone who doesn't want, to, adhere the U.S. Constitution, (1608-) (1775-) can go anywhere on the "Free World", as they, so claim it this is a "Free World". (See: The how to Map.).

<u>Motion to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.</u>

Comes now, Tyrone Hurt, the Plaintiff, and respectfully moves the Honorable, U.S. District Court for the First (1st) Cir., for leave to proceed <u>in forma pauperis</u>, pursuant to Title 28, Section 1915, U.S.C., for the following reasons:

1. The Plaintiff respectfully states that, due to my poverty, that I am unable to pre-pay the said costs or fees for the filing to the foregoing

complaint, and that his Plaintiff to be allowed and permitted to proceed In forma pauperis, pursuant to Title 28, section 1915, U.S.C.

## Memorandum of Law

1. See: U.S. Constitution (1608-) (1775-);
see: International (U.N.) to Justice (1946);
International Peace Court - (1946);
International Criminal Court - (1946);
(Hague, Netherlands)
see: Title 28 section 1915, U.S.C.;
see: Black's Law Dictionary - (2000);
see: The American Heritage College Dictionary;

## Relief

1. The Plaintiff seeks his immediate urgency to the International (U.N.) to Justice - (1946); International Criminal Court - (1946); International Peace Court - (1946), (Hague, Netherlands), for any and all present mandate adhere to the written and bodies, to the enacting, U.S. Constitution, (1608-) (1775-). The Plaintiff seeks his airing through the First (1st) Amendment Right to the U.S. Constitution, (1608-) (1775-) of this very pertinent civil action complaint. The Plaintiff seeks one (1) million dollar in punitive and monetary damages against his defendants, et al.

(5)

### Affidavit to Poverty, pursuant to Title 28, Section 1915, U.S.C.

I, Tyrone Hart, the Plaintiff, one respectfully states that because to my poverty, that I am unable to pre-pay the process costs or fees for the filing to the foregoing complaint, that I am unable to give security for the same, that I believe that I am entitled to the Redress that I must seek.

### Utilization to Service

I, Tyrone Hart, the Plaintiff, one respectfully states that I have upon this 12th Day to Feb., 24, have unto the foregoing complaint, to the U.S. Dist. Ct. for the First (1st) Cir., to make service upon the Atti. for the Defendants, etc.

Respectfully Submitted,

§ Tyrone Hart
(Plaintiff, Pro-Se)
(Habeas ui Kuren, 1913)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Tyrone Hunt
_____
**Plaintiff**

v.

All, Neo-Nazis (white supremacists, et. Al.
_____
**Defendant**

**NOTICE OF RETURN OF DOCUMENTS**

The attached document(s) was received for filing .0 being returned for the following reasons:

(X)   The Plaintiff is precluded from filing any additional papers, claims, cases, files, complaints, or anything resembling those pleadings, or any other documents in this Court, in any manner, way or form, without first obtaining the prior written approval of the MBD Judge.

**If plaintiff undertakes to file a written petition seeking leave of court to do so, the petition must contain a copy of the Memorandum and Order in CA#  13-11321 , dated 6-20-13  together with the papers sought to be filed, and a certification under oath that there is a good faith basis for their filing.**

( )   Other _____.

Customer Service/F.C
_____
Deputy Clerk

(Enjoined Pro Se Return Documents Notice.wpd - 12/98)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TYRONE HUNT,<br>    Plaintiff,<br><br>v.<br><br>ALL NEO-NAZIS<br>(White Supremacists), et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 13-11321-RWZ |
| TYRONE HUNT,<br>    Plaintiff,<br><br>v.<br><br>D.C. METROPOLITAN POLICE<br>DEPARTMENT,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 13-11323-RWZ |
| TYRONE HUNT,<br>    Plaintiff,<br><br>v.<br><br>HON. COLLEEN KOLLAR-KOTELLY,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 13-11324-RWZ |

## MEMORANDUM AND ORDER

June 20, 2013

ZOBEL, D.J.

    For the reasons stated below, the Court grants plaintiff's requests to proceed <u>in forma pauperis</u>, dismisses the three actions, and enjoins plaintiff Hunt from filing any future lawsuits without first submitting a written petition seeking leave to do so, and obtaining permission from the Court.